**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7157**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KIERON MATTHEW WILLIAMS,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:14-cr-00596-GLR-1)

Submitted:  February 8, 2024                          Decided:  April 8, 2024

Before GREGORY and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kieron Matthew Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kieron Matthew Williams appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).[*] Upon review of the record, we conclude that the district court did not abuse its discretion by denying Williams' motion. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the court's order. *United States v. Williams*, No. 1:14-cr-00596-GLR-1 (D. Md. Sept. 13, 2022). We deny Williams' motions for summary disposition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] This court vacated the district court's prior order denying Williams' motion for compassionate release and remanded for further proceedings to ensure that the court's explanation of its decision "'allow[ed] for meaningful appellate review' in light of the particular circumstances of the case." *United States v. Williams*, No. 21-7124, 2022 WL 3543326, at *1 (4th Cir. Aug. 18, 2022) (quoting *United States v. High*, 997 F.3d 181, 188 (4th Cir. 2021)).